UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SANTOS HERNANDEZ, on behalf of himself and others
similarly situated,

                    Plaintiff,

  -against-

TRATTORIA DI MEO,

                  Defendant.

------------------------------------------------------------X

Case No. 16-CV-02981
(JMA) (AKT)

**F I L E D**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 30 2017 ★
LONG ISLAND OFFICE

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

    This Court, having considered and inspected the Settlement Agreement and Release between the

Parties in the above-captioned action, IT IS HEREBY ORDERED that: (1) the settlement is approved;

(2) that this Court will retain jurisdiction to enforce the terms of the Settlement Agreement and; (3) the

above-captioned action is hereby dismissed with prejudice in its entirety against all Defendants with no

award of attorneys' fees or costs to any party.

                      Respectfully submitted,

By: _____
      Frank A. Andrea, III, Esq.

By: _____
      Aneeba Rehman, Esq.
      Nadia Pervez, Esq.

ANDREA & TOWSKY, ESQS.
320 Old Country Road, Suite 202
Garden City, NY 11530
*ATTORNEYS FOR DEFENDANTS*

PERVEZ & REHMAN, P.C.
68 South Service Road, Suite 100
Melville, New York 11747
*ATTORNEYS FOR PLAINTIFF*

Case Closed

    SO ORDERED on this 30th day of May, 2017.

S/ Joan M. Azrack
_____
Hon. Joan M. Azrack
United States Magistrate Judge